PER CURIAM.
Affirmed. See § 775.084(2), Fla. Stat. (1989); Overstreet v. State, 629 So.2d 125 (Fla.1993); State v. Barnes, 595 So.2d 22 (Fla.1992); Kirby v. State, 198 So.3d 15, 40 Fla. L. Weekly D1591, 2015 WL 4154172 (Fla. 2d DCA July 10, 2015); Parker v. State, 65 So.3d 524 (Fla. 2d DCA 2011) (table decision); Steward v. State, 931 So.2d 133 (Fla. 2d DCA 2006); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Campbell v. State, 884 So.2d 190 (Fla. 2d DCA 2004); Lee v. State, 685 So.2d 1319 (Fla. 2d DCA 1996); Gary v. State, 5 So.3d 713 (Fla. 1st DCA 2009); Quintana v. State, 913 So.2d 628 (Fla. 3d DCA 2005); Jones v. State, 907 So.2d 1256 (Fla. 5th DCA 2005).
SILBERMAN, WALLACE, and SALARIO, JJ., Concur.